**CAROL ANN MOSES #164193**
Attorney at Law
575 East Alluvial, Ste. 105
Fresno, California 93720
Telephone: (559) 449-9069
Facsimile: (559) 513-8530

Attorney for Defendant,
EDUARDO CERNA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:13-mj-00047-MJS |
| Plaintiff, | WAIVER OF DEFENDANT'S PERSONAL APPEARANCE |
| vs. | |
| EDUARDO CERNA, | |
| Defendant. | |

TO THE ABOVE-ENTITLED COURT:

The Defendant EDUARDO CERNA, having been advised of his right to be present at all stages of proceedings, including, but not limited to, presentation of and arguments on questions of fact and law, and to be confronted by and to cross-examine all witnesses, hereby waives the right to be present at the hearing of any motion or other proceeding in this cause. Examples of hearings concerning which the defendant waives the right to be present include initial appearance, when the case is set for trial, when a continuance is ordered, during a plea or change of plea, during sentencing or any case disposition, when a motion for reduction of bail or for a personal recognizance release is heard.

The undersigned Defendant requests the Court to proceed during every absence of the Defendant that the Court may permit pursuant to this waiver, and hereby agrees that his interest

1
WAIVER OF DEFENDANT'S PERSONAL APPEARANCE

is represented at all times by the presence of his attorney the same as if the Defendant were personally present in court, and further agrees that notice to Defendant's attorney that Defendant's presence in court on a particular day at a particular time is required is notice to the Defendant of the requirement of Defendant's appearance at that time and place.

Mr. Cerna requests a telephonic initial appearance and a waiver of personal appearance at all status conferences. He works full time for Marcus Millichap and lives in San Jose. He has no criminal history. He is 55 years old and was hiking with his daughter and her friend. He strongly contests the charges.

Dated: July 17, 2013     By: Eduardo Cerna
                              EDUARDO CERNA

Dated: July 17, 2013     By: /s/ Carol Ann Moses
                              CAROL ANN MOSES
                              Attorney for Defendant,
                              EDUARDO CERNA

**ORDER**

IT IS SO ORDERED.

Dated: July 18, 2013     /s/ *Michael J. Seng*
                         UNITED STATES MAGISTRATE JUDGE